UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JOHN J. SCACCIA,

    Plaintiff,

vs.

LYFT, INC.,

    Defendant.

Case No. 3:21cv29

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

**ORDER: (1) REQUIRING PRO SE PLAINTIFF AND COUNSEL FOR DEFENDANT TO MEET AND CONFER REGARDING THEIR RULE 26(f) REPORT; AND, (2) REQUIRING THE PARTIES' TO FILE THEIR RULE 26(f) REPORT BY NOVEMBER 19, 2021**

---

In accordance with the mandates of Fed. R. Civ. P. 26(f), Plaintiff and Defendant's counsel shall meet and confer in order to file their Rule 26(f) report by November 19, 2021. Information and forms can be found on the Court's website at https//:www.ohsd.uscourts.gov. After the parties file their Rule 26(f) report, the Court will enter a scheduling order pursuant to Fed. R. Civ. P. 16(b).

    **IT IS SO ORDERED.**

October 18, 2021

s/Michael J. Newman
Hon. Michael J. Newman
United States District Judge